United States District Court
Southern District of Texas
**ENTERED**
October 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| KUN WOO NOH PARK | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-1638 |
| | § | |
| MARKWAYNE MULLIN *et al.* | § | |

**ORDER**

Petitioner filed a Federal Rule of Civil Procedure 41(a)(1)(A)(i) notice of dismissal (Dkt. No. 7). "Rule 41(a)(1)(A)(i) grants [a petitioner] an absolute right to dismiss his lawsuit before the [respondent] has filed an answer or a summary judgment motion." *Creppel v. Cashio*, No. 24-30191, 2025 WL 2491131, at *1 (5th Cir. Aug. 29, 2025) (quoting *Welsh v. Correct Care, L.L.C.*, 915 F.3d 341, 343 (5th Cir. 2019)); *see also* Fed. R. Civ. P. 81(a)(4); *see also Williams v. Clarke*, 82 F.3d 270, 272–73 (8th Cir. 1996) (finding that the previous version of Rule 41(a)(1) was consistent with the habeas rules). Unless otherwise provided, these dismissals operate without prejudice. Fed. R. Civ. P. 41(a)(1)(B), (a)(2). Rule 41(a)(1)(A)(i) dismissals are subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. *See* Fed. R. Civ. P. 41(a)(1)(A).

None of those limitations apply. Further, Respondents have neither answered, nor filed a motion for summary judgment. Petitioner's "self-effectuating" Rule 41(a)(1)(A)(i) notice dismissed his claims against Respondents. *See Qureshi v. United States*, 600 F.3d 523, 525 (5th Cir. 2010) (quoting *Am. Cyanamid Co. v. McGhee*, 317 F.2d 295, 297 (5th Cir. 1963)); *see also Xinastle v. De Anda-Ybarra*, No. EP-26-CV-00079-DCG, 2026 WL 852079, at *1 n.1 (W.D. Tex. Mar. 23, 2026) (citations omitted).

Accordingly, because no claims remain pending in this case, the Clerk of Court is **DIRECTED** to **TERMINATE** this civil action. Petitioner's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. No. 5) is **DENIED AS MOOT**.

It is so **ORDERED**.

**SIGNED** October 5, 2026.

Marina Garcia Marmolejo
United States District Judge